## UNITED STATES of America, Plaintiff–Appellee,

v.

## Robert Tomone NEBLETT, Defendant–Appellant.

### No. 14–6527.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Robert Tomone Neblett, Appellant Pro Se. Jessica D. Aber, Office of the United States Attorney, Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Tomone Neblett appeals the district court's order denying his motion to compel the Government to file a Federal Rule of Criminal Procedure 35(b) motion for reduction of sentence based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Neblett,* No. 3:09–cr–00301–HEH–1 (E.D.Va. Mar. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*